

33 State Road, Suite A-1, Princeton, New Jersey 08540
Tel (201) 687-9977 Fax (201) 595-0308 Toll (866) 216-5186
Florida - New Jersey - New York

November 25, 2020

**Via CM/ECF**
Honorable Judge Steven C. Mannion
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

                              Re:    **RODRIGUEZ v. PARADE MANAGEMENT, et al.**
                                     Dkt. No.: 2:19-cv-00223-ES-SCM

Dear Judge Mannion:

      The undersigned represents Plaintiffs in the above-captioned matter. On behalf of counsel for all parties, please find attached the parties' executed settlement agreement, a proposed Order for Your Honor's review and execution, a Notice of Settlement, as Opt-Out Form, as well as a tax form W4.

      Thanking this Court for its assistance in this matter.

                                                Respectfully,

                                                /s/ Andrew I. Glenn
                                                Andrew I. Glenn, Esquire